DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VLADIMIR EUGENE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0997

[July 18, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Albert Kollra, Jr., Judge; L.T. Case No. 06-007295CF10A.

Vladimir Eugene, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***